UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Western Glove Works

        v.                        Civil No. 10-cv-467-LM

Royal Blues Apparel Inc.

O R D E R

To date, the Court has received no return of service or motion to extend time to effect service. In accordance with Federal Rule of Civil Procedure 4(m), the case is dismissed without prejudice.

SO ORDERED.

February 15, 2011                    /s/ Joseph A. DiClerico
                                            Joseph A. DiClerico
                                            United States District Judge

cc:    Teresa C. Tucker , Esq.